# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-7008** | **September Term, 2024** |
| | **1:18-cv-01638-EGS** |
| | **Filed On: July 25, 2025** [2127318] |

Rinat Akhmetshin,

      Appellant

  v.

William Browder,

      Appellee

------------------------------

Consolidated with 25-7009

## O R D E R

It is **ORDERED**, on the court's own motion, that the briefing schedule entered on July 8, 2025, be suspended pending further order of the court.

                                      **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk

                          BY:    /s/
                                      Emily K. Campbell
                                      Deputy Clerk