# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 25-7008                                         September Term, 2024

1:18-cv-01638-EGS

**Filed On:** August 12, 2025

Rinat Akhmetshin,
           Appellant

    v.

William Browder,
           Appellee

-----------------------------

Consolidated with 25-7009

      **BEFORE:**     Henderson, Wilkins, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion to reset the briefing schedule and the opposition thereto, it is

**ORDERED** that the motion be denied without prejudice to a determination by the merits panel that supplemental briefing is warranted. To the extent appellant takes the position that the Supreme Court's decision in <u>Fuld v. Palestine Liberation Organization</u>, 145 S. Ct. 2090 (2025), affects an argument he presented in his opening brief, he may file a letter pursuant to Federal Rule of Appellate Procedure 28(j) so advising the Clerk and identifying the relevant page or pages of the brief. It is

**FURTHER ORDERED** that the following briefing schedule will apply in these cases:

| | |
|---|---|
| Appellant's Reply and Cross-Appellee Brief | September 10, 2025 |
| Cross-Appellant's Reply Brief | October 1, 2025 |

### Per Curiam

                                                        **FOR THE COURT:**
                                                        Clifton B. Cislak, Clerk

                                BY:      /s/
                                                          Selena R. Gancasz
                                                          Deputy Clerk