# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-7008**　　　　　　　　　　　　　　　　**September Term, 2024**

**1:18-cv-01638-EGS**

**Filed On:** August 26, 2025

Rinat Akhmetshin,

      Appellant

  v.

William Browder,

      Appellee

------------------------------

Consolidated with 25-7009

**BEFORE:** Walker, Childs, and Pan, Circuit Judges

### O R D E R

Upon consideration of the joint motion to extend the time to file briefs, for leave to exceed page limits, and for leave to file a surreply, it is

**ORDERED** that the request to exceed page limits and for leave to file a surreply be denied. It is

**FURTHER ORDERED** that the request to extend the time to file briefs be denied without prejudice to a motion seeking an extension of time to file briefs that comply with the current briefing format.

### Per Curiam

                                 **FOR THE COURT:**
                                 Clifton B. Cislak, Clerk

                      BY:    /s/
                               Selena R. Gancasz
                               Deputy Clerk