# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-7008**　　　　　　　　　　　　　　　　**September Term, 2025**

**1:18-cv-01638-EGS**

**Filed On: September 10, 2025** [2134334]

Rinat Akhmetshin,

　　　　Appellant

　v.

William Browder,

　　　　Appellee

------------------------------

Consolidated with 25-7009

## O R D E R

　　Upon consideration of appellant/cross-appellee's unopposed motion to extend time to file the reply/response brief, it is

　　**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Reply & Cross-Appellees' Brief | September 24, 2025 |
| Cross-Appellants' Reply Brief | October 29, 2025 |

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk
　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　　　Deputy Clerk