# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7008**                          **September Term, 2025**

**1:18-cv-01638-EGS**

**Filed On: October 27, 2025** [2142287]

Rinat Akhmetshin,

       Appellant

    v.

William Browder,

       Appellee

------------------------------

Consolidated with 25-7009

## O R D E R

     Upon consideration of appellee's unopposed motion to reschedule oral argument, it is

     **ORDERED** that the motion be granted and these cases are removed from the December 9, 2025, oral argument calendar. The Clerk is directed to reschedule these cases for oral argument as soon as the business of the court permits.

     Arguing counsel are reminded of their obligation to promptly notify the court of any dates of unavailability to appear for oral argument. The notice should be filed as soon as possible after the briefing schedule issues and updated if a potential scheduling conflict arises later, or if there is any change in availability. See D.C. Circuit <u>Handbook of Practice and Internal Procedures</u> at 49 (2021).

<u>**Per Curiam**</u>

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk