# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-7008**　　　　　　　　　　　　　　　**September Term, 2025**

**1:18-cv-01638-EGS**

**Filed On: December 5, 2025** [2148930]

Rinat Akhmetshin,

    Appellant

  v.

William Browder,

    Appellee

------------------------------

Consolidated with 25-7009

### O R D E R

    Upon consideration of appellee's motion for leave to file a sur-reply, and the lodged sur-reply, it is

    **ORDERED** that the motion be granted. The Clerk is directed to file the lodged sur-reply.

### Per Curiam

                               **FOR THE COURT:**
                               Clifton B. Cislak, Clerk

                      BY:　　/s/
                               Michael C. McGrail
                               Deputy Clerk