# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 25-7008　　　　　　　　　　　　　　　　　　September Term, 2025

　　　　　　　　　　　　　　　　　　　　　　　　1:18-cv-01638-EGS

　　　　　　　　　　　　　　　　　　Filed On: January 15, 2026 [2154428]

Rinat Akhmetshin,

　　　　Appellant

　v.

William Browder,

　　　　Appellee

------------------------------

Consolidated with 25-7009

## O R D E R

　　It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for January 26, 2026, at 9:30 A.M.:

　　　　Appellant　　　　-　　　　10 Minutes

　　　　Appellee　　　　-　　　　10 Minutes

　　One counsel per side to argue. The panel considering these cases will consist of Circuit Judges Katsas, Walker, and Pan.

　　Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by January 20, 2026.

### Per Curiam

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　　　Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)